UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JERMAINE DELESTON,

                                              Plaintiff,

                    -against-

DJEMBE BAR & RESTAURANT CORP.
d/b/a Don Pancho's, et al.,

                                              Defendants.

-------------------------------------------------------------------X

**19-CV-6167 (PGG) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/2019

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed during yesterday's settlement conference, the parties will complete an inspection of the premises by no later than **January 6, 2020**. The parties should submit a letter to the Court when the inspection is scheduled.

      The last day to join additional parties and amend the pleadings will be **January 6, 2020**. The deadline to complete fact discovery is **February 28, 2020** and the deadline to complete expert discovery is **April 15, 2020**.

      A settlement conference is scheduled for **February 6, 2020 at 2:15 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **January 31, 2020 by 5:00 p.m.** The parties'

submissions may include relevant documents, including expert reports and photographs of the premises. The parties should advise the Court via letter on ECF if they reach a settlement prior to the conference.

**SO ORDERED.**

DATED: New York, New York
December 5, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge