

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/31/2020
```

**MEMO ENDORSED**

VIA CM/ECF

January 30, 2020

United States Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

    **Re:**    *Jermaine Deleston v. Djembe Bar & Restaurant Corp et al.*
              <u>Case No.: 1:19-cv-06167-PGG-KHP</u>

Dear Magistrate Judge Parker:

    Please be advised that this office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. We are pleased to inform Your Honor that the above referenced action has been settled and that the parties are in the process of drafting and exchanging a settlement agreement that is intended to be reviewed by the parties for execution. Respectfully, we are requesting together with counsel for the defendants a stay of all deadlines and conferences, including the settlement conference scheduled for February 6, 2020, for thirty (30) days so that the parties can finalize the settlement agreement.

    We thank this Honorable Court for its time and consideration in this matter.

**Motion Granted. All deadlines stayed for 30 days. In light of the parties' representation that they have settled this matter, the Settlement Conference scheduled for <u>February 6, 2020</u> is hereby adjourned sine die.**

Respectfully submitted,

**SO ORDERED:**

*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
01/31/2020

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc:    Michael Kushner, Esq. *(via CM/ECF only)*

500 OLD COUNTRY ROAD, SUITE 302, GARDEN CITY, NEW YORK 11530 T: (516) 279-1555 F: (516) 213-0339 WWW.BASHPAPLAW.COM