

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2020

VIA CM/ECF

February 25, 2020

United States Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

APPLICATION GRANTED

/s/ Katharine H. Parker

Hon. Katharine H. Parker, U.S.M.J.

02/26/2020

**Re:** *Jermaine Deleston v. Djembe Bar & Restaurant Corp et al.*
       **Case No.: 1:19-cv-06167-PGG-KHP**

Dear Magistrate Judge Parker:

Please be advised that this office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. As previously reported, the above-referenced action has been settled and a settlement agreement has been drafted and provided to the defendants to be reviewed for execution. Currently, Plaintiff is waiting for a response to the last draft provided to the defendants or confirmation that it can be circulated for execution. Respectfully, we are jointly requesting with counsel for the defendants an additional stay of all deadlines and conferences for thirty (30) days so that the parties can finalize the settlement agreement.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc:   Michael Kushner, Esq. *(via CM/ECF)*