USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JERMAINE DELESTON,

                      Plaintiff,                      19-CV-6167 (PGG) (KHP)

      -against-                                   **ORDER**

DJEMBE BAR & RESTAURANT CORP.
d/b/a Don Pancho's, et al.,

                      Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Court requests a status update from the Plaintiff as to the compliance with the Settlement Agreement by **August 31, 2020.**

      SO ORDERED.

DATED:      New York, New York
                  August 4, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge