

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/27/2020

**MEMO ENDORSED**

VIA CM/ECF

August 27, 2020

United States Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

      Re:    *Jermaine Deleston v. Djembe Bar & Restaurant Corp. d/b/a Don Pancho's et al.*
             <u>Case No.: 1:19-cv-06167-PGG-KHP</u>

Dear Magistrate Judge Parker:

      Please be advised that this office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. We write in response to Your Honor's Order, dated August 4, 2020. (D.E. 43). As previously reported, the above referenced action has been settled in principle, but Defendant Djembe Bar & Restaurant Corp d/b/a Don Pancho's ("Don Pancho's) has not complied with its obligations under the agreement. Plaintiff has attempted to receive a status from defendant Don Pancho's on August 5th and August 11th and defendant's counsel has indicated that they are looking into the reason for defendant's failure, as well as, when it intends to have compliance. <u>Accordingly, Plaintiff is requesting a further stay of all deadlines and conferences for thirty (30) days so as the terms of the settlement agreement may be performed.</u>

      We thank this Honorable Court for its time and consideration in this matter.

**All deadlines and conferences are hereby Stayed for 30 days. The Court requests a status update from the Plaintiff as to the compliance with the Settlement Agreement by <u>September 28, 2020.</u>**

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
08/27/2020

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

cc:    Michael Kushner, Esq. *(via CM/ECF)*