```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JERMAINE DELESTON,

                                 Plaintiff,                                 19-CV-6167 (PGG) (KHP)

          -against-                             **ORDER ADJOURNING SHOW**
                                                                     **CAUSE HEARING**

DJEMBE BAR & RESTAURANT CORP.
d/b/a Don Pancho's, et al.,

                                Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light the Stipulation of Dismissal filed on October 14, 2020 (doc. no 49) the Show Cause Hearing currently scheduled for **November 5, 2020** is hereby adjourned *sine die*.

      SO ORDERED.

DATED:    New York, New York
             October 14, 2020

                                                              _____
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge